PAUL SIMMONS, an Infant, by CHARLES SIMMONS, His Guardian ad Litem, Appellant, v. POUGHKEEPSIE SAVINGS BANK, Respondent.

Argued January 12, 1940; decided February 27, 1940.

*Dermot C. Reilly, Emery J. Hey* and *Alexander Goldberg* for appellant.

*Herbert F. Hastings, Jr.,* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.